# UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF WISCONSIN

**STRIKE 3 HOLDINGS, LLC,**

          **Plaintiff,**

          v.                                    Case No. 24-CV-1243

**JOHN DOE**
*subscriber assigned IP address 99.6.96.233,*

          **Defendant.**

## ORDER

      For the reasons stated in *Strike 3 Holdings LLC v. Doe*, No. 23-CV-1152, 2023 U.S. Dist. LEXIS 167126, 2023 WL 6148887 (E.D. Wis. Sep. 20, 2023), Strike 3 Holdings, LLC's Motion for Leave to Serve a Third-Party Subpoena Prior to a Rule 26(f) Conference (ECF No. 4) is granted.

      Strike 3 Holdings may serve the ISP with a Rule 45 subpoena commanding the ISP to provide it with the true name and address of the Defendant to whom the ISP assigned an IP address as set forth in the Complaint.

      Strike 3 Holdings shall attach to any such subpoena a copy of this Order.

If the ISP qualifies as a "cable operator," as defined by 47 U.S.C. § 522(5), it shall comply with 47 U.S.C. § 551(c)(2)(B) by sending a copy of this Order to the subscriber disclosed.

Strike 3 Holdings may use the information disclosed in response to a Rule 45 subpoena served on the ISP only for the purpose of protecting and enforcing its rights as set forth in its Complaint.

**SO ORDERED.**

Dated at Milwaukee, Wisconsin this 6th day of January, 2025.

_____
WILLIAM E. DUFFIN
U.S. Magistrate Judge